

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Telefax: (801) 521-4252

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | : Bankruptcy No. 09-32477 |
| | (Chapter 7) |
| OCEAN GROWN INTERNATIONAL, LLC, | : |
| Debtor. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1.   On April 7, 2010, the following check was issued in the following amount:

| Check # | Creditor & Address | Check Amount |
|---|---|---|
| 10101 | Ocean Grown International, LLC<br>c/o Douglas L. Barrett, Attorney<br>1149 West Center Street<br>Orem, UT 84057 | $ 279.44 |

2.   The above check has never been cashed. A "Stop Payment" has been issued by the Trustee.

3.   The unclaimed funds are on deposit at The Bank of New York Mellon, Account No. 92000-2615724-66.

4.   The last known name and address of the payee to which the check was



2

sent is listed above.

     5.     A check in the amount of $279.44, representing said unclaimed funds, has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.

DATED this _14_ day of October, 2010.

                      McKAY, BURTON & THURMAN

                      By _____
                         Stephen W. Rupp, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed, postage prepaid, on the _18_ day of October, 2010, to the following:

        U.S. Trustee's Office
        Ken Garff Building
        405 South Main Street, Suite 300
        Salt Lake City, Utah 84111

ka\pl\ocean.unc